BLANK ROME, LLP
Attorneys for Plaintiff
SHAGANG SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAGANG SHIPPING CO. LTD.,

        Plaintiff,

-against-

IDS HOLDING COMPANY,

        Defendant.

07 Civ.

**JUDGE McMAHON**

**07 CV 11067**

**RULE 7.1 STATEMENT**

RECEIVED
DEC 06 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff SHAGANG SHIPPING CO. LTD. certifies that, according to information provided to counsel by its clients, SHAGANG SHIPPING CO. LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
             December 6, 2007

                                      BLANK ROME, LLP
                                      Attorneys for Plaintiff
                                      SHAGANG SHIPPING CO. LTD.

                                      By _____
                                        Jack A. Greenbaum (JG 0039)
                                      The Chrysler Building
                                      405 Lexington Ave.
                                      New York, NY 10174-0208
                                      (212) 885-5000