M<sub>i</sub>MAHON, J.

BLANK ROME, LLP
Attorneys for Plaintiff
SHAGANG SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAGANG SHIPPING CO. LTD.,

    Plaintiff,

-against-

IDS HOLDING COMPANY,

    Defendant.

07 Civ. 11067 (CM)

**VOLUNTARY DISCONTINUANCE**

Plaintiff having commenced this action and obtained issuance of Maritime Attachment and Garnishment, and no funds having been restrained, and

Defendants having made no appearance in this action,

NOW, on motion of Blank Rome LLP, attorneys for Plaintiff, it is

ORDERED, pursuant to F. R. Civ. P. Rule 41(a)(1), that the Order for the Issuance of Process of Maritime Attachment issued herein be vacated and that this matter be and the same hereby is discontinued, without prejudice and without costs.

Dated:     New York, New York
             April 14, 2008

SO ORDERED: _____
                U.S.D.J.

ENTRY OF THE ABOVE ORDER IS CONSENTED TO.

BLANK ROME LLP
Attorneys for Plaintiff
SHAGANG SHIPPING CO. LTD.

By _____
Jack A. Greenbaum (JG 0039)
405 Lexington Ave.
New York, N. Y. 10174
(212) 885-8500

2